IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GENE RENARD WILSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 113-054 |
| LT. JONES, | ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed, (doc. no. 49). The Magistrate Judge recommended that Plaintiff's complaint be dismissed because he failed to properly exhaust his administrative remedies. (Doc. no. 45.) In his objections, Plaintiff merely reiterates his arguments that he did in fact exhaust his administrative remedies or, in the alternative, that any failure on his part to exhaust is due to prison staff denying him access to the grievance process either altogether or by denying him steps of the process. (See generally doc. no. 49.) Because the Magistrate Judge thoroughly addressed these arguments (see doc. no. 45, pp. 7-10), Plaintiff's objections do not provide any reason to deviate from the conclusions in the R&R. (See id.) Accordingly, the Court **ADOPTS** the

Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion to dismiss, **DISMISSES** this civil action, and **CLOSES** this civil action.

SO ORDERED this 8th day of January, 2015, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA