IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GENE RENARD WILSON,         *
                            *
     Petitioner,            *
                            *
     v.                     *    CV 113-054
                            *
LT. JONES,                  *
                            *
     Respondent.            *

**O R D E R**

This matter is before the Court on its own initiative. On February 26, 2015, the Court denied Petitioner's motion for leave to appeal in forma pauperis because he failed to submit the trust fund account statement required by 28 U.S.C. § 1915(a)(2). (Doc. 58.) On March 18, 2015, Petitioner filed the affidavit required by 28 U.S.C. § 1915(a)(1), as well as the trust fund account statement the Court previously identified as deficient. (Doc. 59.) Petitioner did not, however, renew his motion to proceed in forma pauperis on appeal. The Court now construes Petitioner's filings (Doc. 59) as a motion for reconsideration. Upon such reconsideration, the Court **DENIES** Petitioner leave to appeal in forma pauperis for the reasons identified in Exhibit A.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of April, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia
Augusta Division

| | | |
|---|---|---|
| GENE RENARD WILSON | ) | |
| vs | ) | CASE NUMBER 1:13-cv-00054 |
| LT. JONES | ) | |

## FOR USE IN PRISONER CIVIL RIGHTS CASES
(All civil cases other than Habeas Corpus cases)

### CERTIFICATION AND ORDER
### ELIGIBILITY TO PROCEED ON APPEAL IN FORMA PAUPERIS

I. Eligibility to proceed on appeal *in forma pauperis*

   A. The prisoner has filed with this Court a motion to proceed on appeal *in forma pauperis*. Under 28 U.S.C. § 1915 (a), as amended by the Prisoner Litigation Reform Act of 1995 (PLRA), the prisoner must submit an affidavit and trust fund account statement, even if permitted to proceed *in forma pauperis* in the district court. Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (a), this Court hereby

   ☐ **GRANTS** the motion to proceed *in forma pauperis* on appeal,

   ☑ **DENIES** the motion to proceed *in forma pauperis* onappeal for the following reason(s):

   ☑ This Court **CERTIFIES** that the appeal is not taken in good faith because _Petitioner has failed to make a substantial showing of the denial of a federally protected right._

☐ The prisoner has failed to submit the affidavit required by 28 U.S.C. § 1915(a)(1).

☐ The prisoner has failed to submit the trust fund account statement required by 28 U.S.C. § 1915(a)(2).

☐ Other: _____

_____

_____

II. **Installment Payment Provisions**

Pursuant to 28 U.S.C. § 1915, as amended by the PLRA, and consistent with the prisoner-appellant's signed **CONSENT FORM** (copy attached) authorizing payment of the required $455.00 appellate filing fee from his or her prison account to the district court, this Court hereby **DIRECTS PAYMENT** by the prison account custodian of an **INITIAL PARTIAL FILING FEE**, which shall be the **GREATER** of the following amounts:

(1) 20% of the **average monthly deposits** to the prisoner's account for the six-month period immediately preceding the date the notice of appeal was filed (as indicated on the CONSENT FORM); or,

(2) 20% of the **average monthly balance** in the prisoner's account for that six-month period.

The agency having custody of the prisoner shall forward that amount from the prisoner's account to the Clerk of this Court by check made payable to "Clerk, U.S. District Court."

In addition, following payment of the initial partial filing fee, **MONTHLY PAYMENTS** of 20% of the **preceding month's income credited to the prisoner's account** are required until the total filing fee of $455.00 has been paid. **Twenty percent of any deposits** into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court **each time the amount in the account exceeds $10.00** until the total filing fee of $455.00 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

2

III. **Transcripts of Proceedings**

[☒] This Court will not presently require the preparation of a transcript or the payment therefor by the United States. To the extent that a transcript of any portion of the District Court proceedings is required, the Court of Appeals may more economically direct which proceedings it requires to be transcribed.

[ ] The Court Reporter shall transcribe the proceedings as requested by the party proceeding <u>in forma pauperis</u> and the United States shall bear the expense.

**SO ORDERED**, this _____ day of _____, 2015.

———————————————————
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA