IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GENE RENARD WILSON, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| vs. | ) | Case No. CV1:13-54 |
| | ) | USCA No. 15-10547-D |
| LT. JONES, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

**O R D E R**

The appellant's motion for leave to proceed having been denied and the appeal having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court. This Court's Order of January 8, 2015, is final in all respects.

**SO ORDERED,** this 23rd day of July, 2015.

_____
J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA